# IN THE UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Anthony Hernandez, | ) | No. 13 CV 3394 |
| Plaintiff, | ) | |
| v. | ) | Hon. Robert W. Gettleman |
| Harrington, et. al., | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO WITHDRAW BY PLAINTIFF'S COUNSEL

NOW COMES Plaintiff's appointed counsel, Carol Tran Nguyen, and hereby moves this Court for leave to withdraw as counsel for Plaintiff. In support of her motion, Plaintiff's counsel states as follows:

1. On September 1, 2015 this Court appointed me as counsel for Plaintiff. This case is set for status on Tuesday October 13, 2015.

2. I am honored to have been appointed as counsel in this case. I would like very much to render my legal services, however given my current circumstances I ask to withdraw as counsel.

3. I understand the duty I have as a member of the trial bar in the Northern District of Illinois to take these appointed cases under Local Rule 83.11(g). And it is with much regret that I feel that I am not in a position to take this case.

4. All of my colleagues have been appointed to cases under Local Rule 83.11(g) in the last 12 months.

5. Despres Schwartz & Geoghegan, Ltd., is a small firm with only three full time attorneys, Thomas H. Geoghegan, Sean Morales-Doyle and Michael P. Persoon.

6. I have been working part time for my firm since 2007. My firm has been allowing me to work mostly from home since I moved to the Milwaukee area in 2007.

7. I have two children, one of whom has special needs and requires special care. Unfortunately my husband and I have not been able to find adequate child care for my child with special needs.

8. As such I have continued to work for Despres Schwartz & Geoghegan mainly from home.

9. I have reviewed Plaintiff's petition for habeas corpus and spoken to Plaintiff on the phone.

10. After reviewing the petition and speaking with Plaintiff it became apparent that I would have to travel great distances to interview witnesses. For this reason I would not be able to represent plaintiff in the manner that I would be comfortable and still be able to be available for my child with special needs.

11. In light of my current circumstances I respectfully request that this Court allow me to withdraw as counsel for Plaintiff. I hope that in the near future I may be able to fulfill my duty under Local Rule 83.11(g).

WHEREFORE, counsel for Plaintiff respectfully requests that the Court grant her leave to withdraw as counsel.

Dated: October 1, 2015										By: Carol T. Nguyen

Carol T. Nguyen
Thomas H. Geoghegan
Sean Morales-Doyle
Michael P. Persoon
Despres, Schwartz & Geoghegan, Ltd.
77 West Washington Street, Suite 711
Chicago, Illinois 60602
carol_tran@yahoo.com
(312) 372-2511