IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| U S A ex rel Anthony Hernandez | ) | |
| | ) | |
| Petitioner, | ) | No: 13 C 3394 |
| v. | ) | |
| | ) | Honorable Robert W. Gettleman |
| Harrington | ) | |
| | ) | |
| Respondent. | ) | |

## APPLICATION FOR RELIEF OF APPOINTMENT

Appointed counsel Marcie Thorp hereby applies to this Court pursuant to Local Rule 83.38(a) to be relieved of the Court's October 14, 2015, assignment due to a conflict of interest. An attorney declaration in support of this application is attached.

                Respectfully submitted,

                SmithAmundsen LLC

    By:    s/Marcie Thorp

Marcie Thorp (ARDC #6210275)
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
Phone: (312) 894-3200

# ATTORNEY DECLARATION

STATE OF ILLINOIS    )
                                  )   SS.
COUNTY OF COOK     )

       I, MARCIE THORP, declare that on October 14, 2015, I was appointed by this Court to represent petitioner Anthony Hernandez and, as such, have knowledge of the following:

       1.     On May 6, 2013, petitioner Anthony Hernandez filed a Petition For Writ of Habeas Corpus against warden Rick Harrington alleging that his detention by the State of Illinois is not valid. The Office of the Attorney General has appeared in this matter to represent the respondent who is an agent of the State of Illinois. On October 14, 2015, this Court entered an order assigning me to represent petitioner.

       2.     Under Local Rule 83.38(a)(1), appointed counsel may apply to be relieved of an order of assignment where some conflict of interest precludes counsel from accepting the responsibilities of representing the party. In my view, the proposed representation of Mr. Hernandez against the State of Illinois poses such a conflict of interest.

       3.     In 2010, former Governor Quinn appointed me to be serve as an Alternate Commissioner with the Illinois Torture Inquiry and Relief Commission where I served continuously through 2014. In 2015 Governor Rauner appointed me to be a Commissioner with the Illinois Torture Inquiry and Relief Commission where I continue to serve as a Commissioner for the State of Illinois' Commission.

       4.     As a result of my work as a Commissioner for the Illinois Torture Inquiry and Relief Commission, petitioner James Sardin has filed a complaint against the Commission and myself identified as matter number 92 CR 415604, <u>Sardin v. State of Illinois Torture Inquiry and Relief Commission and Marcie Thorp</u>. I am being represented in this matter by the Illinois Attorney General's Office. Attached as Exhibit 1 is a copy of the Summons and Complaint against me.

       5.     I believe that my position as a Commissioner with an Illinois State Commission and my attorney-client relationship with the Illinois Attorney General precludes me from representing Mr. Hernandez in connection with his habeas petition against the State of Illinois. It appears to me that developing and advancing Mr. Hernandez's claims would be directly adverse to the State of Illinois and, in more particular detail, my opponent's counsel in this case would be the same counsel that is representing me in a lawsuit. Petitioner's direct adversity to the State of Illinois and my relationship with the Attorney General's Office could be viewed as giving rise to an appearance of impropriety.

       6.     For these reason, I respectfully apply to be relieved from this Court's order of assignment.

7. To ensure that Mr. Hernandez remains apprised of these proceedings, I have mailed to him a copy of this application, along with a cover letter which explains that the Court has appointed me to represent him, but that the Court will first need to decide whether a conflict of interest precludes me from representing him.

I certify under penalty of perjury that all the foregoing to true and correct to the best of my knowledge.

Executed: October 15. 2015

s/Marcie Thorp<br>Marcie Thorp, Attorney