IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| U S A ex rel Anthony Hernandez, | ) | |
| | ) | |
| Petitioner, | ) | No: 13 C 3394 |
| v. | ) | |
| | ) | Honorable Robert W. Gettleman |
| Harrington, | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF MOTION

TO: Joshua M. Schneider, Assistant Attorney General, 100 West Randolph Street, 12th Floor, Chicago, IL 60601-3218
Anthony Hernandez, #B77118, Pontiac Correctional Center, P. O. Box 99, Pontiac, IL 61764

On **November 3, 2015**, at **9:15 AM**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Robert W. Gettleman**, or any Judge sitting in that Judge's stead, in the courtroom usually occupied by him, **Room 1703**, located at the U.S. District Court, Northern District of Illinois, and present **Motion for Relief from Appointment**.

| | |
|---|---|
| Name: Marcie Thorp - 6210275 | Address: 150 N. Michigan Avenue, Suite 3300 |
| Telephone: 312.894.3200 | City/State/Zip: Chicago, IL 60601 |
| Fax: 312.894.3210 | E-mail: mthorp@salawus.com |

## CERTIFICATE OF SERVICE

I certify t\hat on October 15, 2015, I electronically filed the foregoing Notice and Motion with the Clerk of the United States District Court for the Northern district of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed a copy of that document via the U.S. Postal Service to the following non-CMF/ECF user: Anthony Hernandez, B77118.

/s/ Marcie Thorp

Marcie Thorp (ARDC #6210275)
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
312.894.3200 – Phone
312.894.3210 – Fax
mthorp@salawus.com